# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00679-CR

### In re Tanisa Jeffers

### ORIGINAL PROCEEDING FROM HAYS COUNTY

### M E M O R A N D U M   O P I N I O N

Based on the record in this case as viewed through our standard of review, we deny Jeffers's petition.[1]

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Goodwin

Filed: February 6, 2017

---

[1] *See* Tex. R. App. P. 52.8(a); *see also Ex parte Blanchard*, 736 S.W.2d 642, 643 (Tex. 1987) ("Due process requires that the alleged contemnor be personally served with a show cause order *or that it be established that he had knowledge of the content of such order*." (emphasis added) (citing *Ex parte Herring*, 438 S.W.2d 801, 803 (Tex. 1969))).